UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22784-CIV-ALTONAGA/Goodman

**YURIY PINKHASOV**,

      Plaintiff,

v.

**COLUMBIA DEBT RECOVERY, LLC**,

      Defendant.

_____/

**ORDER**

      **THIS CAUSE** came before the Court *sua sponte*. On December 23, 2020, the Court entered an Order [ECF No. 28] granting Defendant, Columbia Debt Recovery, LLC's Motion to Dismiss [ECF No. 20], dismissing Plaintiff, Yuriy Pinkhasov's Complaint [ECF No. 1], and affording Plaintiff an opportunity to submit an amended complaint. (*See* Dec. 23, 2020 Order 5). The Order instructed Plaintiff he had until December 30, 2020 to file an amended complaint. (*See id.*). To date, Plaintiff has not done so.

      Accordingly, it is

      **ORDERED AND ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk of Court is instructed to **CLOSE** this case, and any pending motions are **DENIED as moot**.

      **DONE AND ORDERED** in Miami, Florida, this 4th day of January, 2021.

*/s/ Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record